FILED

RACHEL D. STANGER (BAR NO. 200733)
BRANDON C. FERNALD (BAR NO. 222429)
**FERNALD LAW GROUP L.L.P.**
6609 Willoughby Avenue
Los Angeles, California 90038
Telephone:      (323) 410-0300
Facsimile:      (323) 410-0330
E-Mail:   rachel.stanger@fernaldlawgroup.com
          brandon.fernald@fernaldlawgroup.com

2010 JUL -2  AM 10: 19

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

Attorneys for Plaintiff TAP Worldwide, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

DMG (JCx)

CV10  4903

|  |  |
|---|---|
| TAP WORLDWIDE, LLC, a Delaware limited liability company, | ) Case No.<br>)<br>)<br>)<br>)<br>)<br>) **DECLARATION OF FAYE** |
| Plaintiff, | ) **FLORES IN SUPPORT OF TAP**<br>) **WORLDWIDE, LLC'S** |
| v. | ) **APPLICATION FOR**<br>) **TEMPORARY RESTRAINING**<br>) **ORDER AND ORDER TO**<br>) **SHOW CAUSE RE** |
| ERNEST ANTHONY BECKER aka TONY BECKER, an individual, and DOES 1-25, inclusive, | ) **PRELIMINARY INJUNCTION**<br>)<br>) |
| Defendants. | ) Time: TBD<br>) Date:  TBD<br>) Ctrm: TBD<br>) |

1.     I am an individual over the age of 18 and have personal knowledge of the facts set forth herein.  If called as a witness I would and could competently testify thereto.

2.     I am employed by TAP Worldwide as an Export Document Representative.  I have been in this position for the past three years.  During this period, my direct supervisory was the Export Manager, Tony Becker.

3.     As Export Document Representative, I am responsible for processing all of the paperwork required for sending shipments overseas.

4.     When I started in this position, the process was manual and extremely time consuming.

5.     Attached hereto as Exhibit A, is a true and accurate copy of the shipping documents I processed for a shipment of light truck tires and exhaust parts to Colin Woofield in Kingsley Wa, Australia on or about September 17, 2008.

6.     The packet consists of the following forms: (i) Shipper's Letter of Instruction ("SLI"), (ii) Commerical Invoice; (iii) Packing Declaration; (vi) Mosquito Declaration; and the (vii) AUSFTA Form.

7.     In order to process this order, the first task would be to create a Commercial Invoice.  The Commercial Invoice contains the products to be included in the shipment, the quantity of each, a product description, U.S. Government export classification codes, Origin of Goods, price per unit, product weight, etc.  In order to complete the Commercial Invoice, I would first need to pull together all of this information, and then manually type it into the form.

8.     I would then need to determine whether an internal transaction number or "ITN."  An ITN must be obtained from U.S. Customs, if any one product classification exceeds $2,500.

9.     In order to make this determination, I separated the order into each product class, and then totaled the orders for each item.  With respect to this order,

DOCUMENT PREPARED
ON RECYCLED PAPER

no item exceeded the $2,500 threshold, which meant I did not need to obtain an ITN. Had this not been the case, I would have had to submit all of the information to U.S. Customs via its AESDirect website (www.aesdirect.com) and wait for an ITN to be assigned to the shipment.

10.    Once I completed the above, I then created the SLI form.  While we had the blank forms, it required filling in all of the information manually, each time. I then generated the pertinent invoices, by once again entering all of the pertinent information, manually.

11.    I also needed to determine which additional forms, unique to Australian shipments, were necessary.  In this case, I determined that we would require a Mosquito Declaration, a Packing Declaration as well as an AUSFTA form.  I pulled up each of these forms and again manually completed them with the information required.

12.    While completing all of the paperwork, I also booked the shipment with the appropriate shipping company, again manually submitting all of the information to them.

13.    Due to the fact that this particular shipment was relatively small (only a few distinct items), the shipment took me about 1 hour to completely process manually.

14.    Because the process was a manual one, I would need to perform the same tasks over and over again, including obtaining the item information, calculating the amounts, and manually filling in all of the appropriate forms, even if the shipment was to the same customer.

15.    Many of the export shipments I processed were substantially larger than this one, and would take at least two to four hours to process and sometimes all day.

DOCUMENT PREPARED
ON RECYCLED PAPER

16.     In approximately December of last year, Mr. Becker told me he would be implementing a new software program that would streamline the processing of export shipments.  The software was called "myexportdocs" (the "Software")

17.     Mr. Becker subsequently trained me on the Software, which I then began to use for processing shipments.

18.     As I used the Software, Mr. Becker asked me to make suggestions about any improvements I thought would make it better and to report any bugs.  When I did so, the changes or fixes would appear in the software generally by the following day.

19.     Mr. Becker also had me enter pertinent data into the software, such as part numbers, and other TAP specific information, that would then be saved and available on a going forward basis.

20.     The Software streamlined the shipment process, by automatically obtaining the information necessary for a particular shipment, and then automatically generating all of the necessary forms.   The Software also automatically tabulated each product class and determined whether an ITN was necessary.   If necessary, I would start the process at AESDirect, and then the Software would automatically obtain the ITN once it was issued.

21.     Attached hereto as <u>Exhibit B</u>, is a shipment of suspension and exhaust parts to Bangkok, Thailand that I processed on or about June 20, 2010 using the Software.

22.     The first two pages Exhibit B are a list, automatically generated by the Software of all of the specific products included in the shipment, their respective part numbers, weights, and unit costs.  Previously, I would have had to assemble all of this information manually and then manually type it into the Commercial Invoice and SLI.

DOCUMENT PREPARED
ON RECYCLED PAPER

23.    Pages 15 through 17 of Exhibit B comprise the SLI form, automatically generated by the Software.  Previously, I would have had to manually obtain all of this information, including the specific classification codes for each item.   I would then have to manually fill in the form with all of the required information.

24.    With the Software, everything is filled in automatically.  In addition, once a particular customer is in the system, all of the information pertinent to that customer is saved, making the processing of subsequent shipments to that customer even faster.

25.    In addition to filling out the SLI, the Software also determined that an ITN was necessary (as reflected by the fact that a number is filled in on the first page of the SLI), and automatically obtained it from AESDirect.

26.    Pages 18 through 21 of Exhibit B comprise the Commercial Invoice. Once again, this form was automatically generated by the Software.  Previously, I would have had to fill this form in manually with all of the required information.

27.    Given the size of this shipment, it would have taken upwards of 4 hours to process it manually.  Using the Software, it took me between 30 and 45 minutes.  As a result, I was able to average between 10 and 15 shipments per day using the software, as opposed to 5 per day without the software.

28.    On about June 24, 2010, I was informed that Mr. Becker would be leaving TAP Worldwide.  Soon thereafter, I realized that the Software was no longer available.

29.    As a result, I have to re-learn all of the manual processes necessary to process shipments that had been performed by the Software over the last six months.  This has dramatically increased my workload and substantially reduced the number of shipments I am able to process on a daily basis.

1        I declare under penalty of perjury under the laws of the United States that the

2   foregoing is true and correct.  Executed this _____30_____ day of June, 2010 in Compton,

3   California.

4

5                                 Faye Flores

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCUMENT PREPARED
ON RECYCLED PAPER

85432636.1

- 5 -

# EXHIBIT A





400 W Artesia Blvd Compton CA 90220
Telephone: 310.900.5567
Fax: 310.605.4077

# INVOICE

| DATE | INVOICE |
|------|---------|
| 9/17/2008 | 5-028906 |

**BILL TO**

**SHIP TO**

TEL.# 61893092912

| P.O. NUMBER | TERMS | REP | SHIP | VIA | AWB/TRACKING/BOOKING NO. |
|-------------|-------|-----|------|-----|--------------------------|
| | PRE-PAID | 294 | OCEAN | | LAX/FRE/D05547 |

| QUANTITY | ITEM CODE | DESCRIPTION | SCHEDULE B | ORG. | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|------|------------|--------|
| 6 | | LIGHT TRUCK TIRES - 35/12.50R15 | 4011.20.1005 | US | | |
| 8 | | LIGHT TRUCK TIRES - 31/12.50R15 | 4011.20.1005 | US | | |
| 1 | | EXHAUST TIP | 8708.91.8000 | US | | |
| 1 | | POWER PROGGRAMMER | 8542.39.0000 | US | | |
| 1 | | INLAND SHIPPING | | | | |
| 1 | | FREIGHT OUT | | | | |

| TOTAL ( USD ) | 3,315.12 |
|---------------|----------|

REDACTED

7

 # SHIPPER'S LETTER OF INSTRUCTION

| US PRINCIPAL PARTY IN INTEREST (EXPORTER) | | | DATE PREPARED | |
|---|---|---|---|---|
| 4 WHEEL PARTS | | | 9/17/2008 | |
| 400 W ARTESIA BLVD | | **ZIP CODE** | VANGUARD LOGISTICS | |
| COMPTON CA | | **90220** | 2665 E DEL AMO BLVD | |
| TEL: 310-900-5500 EXT 5529 or 5567 | | | RANCHO DOMINGUEZ CA 90221 | |
| USPPI/EXPORTER EIN NUMBER | PARTIES RELATED | | TEL: 310-835-8900 | |

| USPPI/EXPORTER EIN NUMBER | PARTIES RELATED |
|---|---|
| 95-2121087 | ☐ YES   ☐ NO |

**FREIGHT CHARGES**
☑ PREPAID      ☐ COLLECT

**SHIPPERS REQUESTS INSURANCE**
☐ YES   ☑ NO   PERCENT: _____
*ALL SHIPMENTS ARE INSURED AT 110% OF CIF VALUE*

| ULTIMATE CONSIGNEE (COMPLETE NAME & ADDRESS) |
|---|
| ████████████████ |

**STATE OF ORIGIN:**          CALIFORNIA

**COUNTRY OF ULTIMATE DESTINATION:**
AUSTRALIA

**ROUTED EXPORT TRANSACTION**
☐ YES   ☑ NO

| INTERMEDIATE CONSIGNEE / NOTIFY PARTY |
|---|
| ██████████████ |

**HAZARDOUS MATERIALS**
☐ YES   ☑ NO
*IF YES, MUST BE NOTIFIED PRIOR TO P/U, BOOKING

| FORWARDING AGENT | |
|---|---|
| LOADING PIER (VESSEL ONLY)  LOS ANGELES | METHOD OF TRANSPORTATION: ☐ AIR  ☑ OCEAN |
| EXPORTING CARRIER  NAQA | PORT OF EXPORT  LOS ANGELES |
| PORT OF UNLOADING  FREMANTLE | CONTAINERIZED (VESSEL ONLY) ☑ YES  ☐ NO |

**SHIPPERS REFERENCE NUMBER**
5-028906

**BOOKING NUMBER**
LAX/FRE/D05547

| D/F | SCHED B# & DESCRIPTION | QTY | SHIPPING WEIGHT | VALUE (USD) |
|---|---|---|---|---|
| | SEE COMMERCIAL INVOICE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

☑ EXPRESS RELEASE      ☐ ORIGINALS ( HOLD DOCS AT DCL ) DO NOT SEND!

| LICENSE NO./LICENSE EXCEPTION SYMBOL/AUTHORIZATION | AES/ITN: NDR 30.55(H) |
|---|---|
| NLR | SPECIAL INSTRUCTIONS/REQUIREMENTS |
| ECCN# | (PLEASE SPECIFY, CERTIFICATE OF ORIGIN, LETTER OF CREDIT, CONSULAR LEGALIZATION, COMMERCIAL INVOICES, ETC.) |
| | FREIGHT PRE-PAID, EXPRESS RELEASE |

DULY AUTHORIZED OFFICER OR EMPLOYEE FOR THE USPPI/EXPORTER AUTHORIZES THE FORWARDER NAMED ABOVE TO ACT AS FORWARDING AGENT FOR EXPORT CONTROL AND CUSTOMS PURPOSES. THE USPPI/EXPORTER ALSO CERTIFIES THAT THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATION, DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

| SIGNATURE: *Fay Flores* | PRINT NAME:   FAY FLORES |
|---|---|
| TITLE:  EXPORT DOCUMENTATION REPRESENTATIVE | |
| DATE:      9/17/2008 **EMAIL:**    fflores@transamericanwholesale.com | |
| TEL#:   310-900-5531        **FAX:**   310-776-7458 | |

REDACTED



400 W. Artesia Blvd. Compton, CA 90220

FCL/LCL PACKING DECLARATION
Ship Name: _OOCL ASIA____   Voyage Number: ___17_____
Container identifier: (Container no., or Bill of Lading no., or Invoice no.):
      5-028906

STRAW PACKING
(Straw packing includes straw, cereal, rice hulls, and other unprocessed plant materials.)

Q1. Has Straw packing been used in the consignment listed above?
A1.  Yes ☐    NO ☒

TIMBER PACKING
(Timber packing includes: Crates, Cases, Dunnage, Pallets, Skids, and other timber used as a shipping aid.)

Q2a. Has Timber packing been used in the consignment listed above?
A2a.  Yes ☐    NO ☒
Q2b. *ISPM15: Is all the timber packaging marked with ISPM 15 compliant stamps
A2b. Yes ☐    NO ☒

BARK (Including ISPM 15 compliant packaging)
(Bark is the external natural layer covering trees and branches.  This material is distinct and separable from processed timber.)

Q3. If Timber Packing is used, is it free of BARK?
A3.  Yes ☐    NO ☒

CLEANLINESS DECLARATION
I declare that the above container(s) has/have been cleaned and is/are free from material of animal and/or plant origin and soil.

Signed: _____  Date: 09/17/2008
         Packer/Supplier Representative

9



**400 W ARTESIA BLVD COMPTON CA 90221 TEL.310.900.5567 FAX.310.605.4077**

**Mosquito Declarations for AQIS**

"This is to certify that the tires listed on Invoice Number ___5-028906
are new and unused and comply with all conditions laid down by AQIS "New Tyre
Listing" dated July 3, 2000.

All Inner and Outer walls of the tyres are free of foreign material prior to importation.
All tyres are free of viable
mosquito eggs and larvae, having been stored in a closed Warehouse.

All tyres have been stored inside and under cover from the time of manufacture to the
time of export."

Signed: _Tony Becker_____     Date: _____09/17/2008_____
Tony Becker
Supplier Representative.

10



400 W Artesia Blvd Compton CA 90220
Tel. 310.900.5567 Fax. 310.605.4077
E-Mail. tbecker@transamericanwholesale.com

## Australia-United States Free Trade Agreement (AUSFTA)
## STATEMENT OF UNITED STATES ORIGIN

I FAY FLORES of Transamerican Auto Parts, LLC in the United States of America hereby state that the goods supplied to COLIN WOODFIELD and described below are US originating goods as defined in Section 153YE of the Customs Act 1901 (and in paragraph 5.1 (b) of AUSFTA) as they are produced entirely in the US, or entirely in the US and Australia, and contain non-originating materials.

The non-originating materials:

- Meet the requirements of the product specific rules of origin in the Schedule 1 Tariff table in the Customs (Australia-US Free Trade Agreement) Regulations 2004 (and in Annex 5A of AUSFTA), AND / OR
- Satisfy the de minimis requirements in Section 153YE of the Customs Act 1901 (and in Article 5.2 of AUSFTA)

The applicable product shipped on:

| Vessel Name & Voyage | Booking Number | Invoice Number |
|---|---|---|
| OOCL ASIA /17 | LAX/FRE/D05547 | 5-028906 |

This statement applies to the goods above that are supplied on and from 17/09/2008. I agree to maintain and present on request, documentation necessary to support this statement. I further agree to inform, in writing, all persons to whom this statement was given of any changes that could affect the accuracy or validity of this statement.

Signature

Full Name: FAY FLORES
Position in Company: EXPORT DOCUMENTATION REPRESENTATIVE
Date: 17/09/2008

Note: The Australian importer should quote Preference Rule Type "PS" on the Import Declaration for the goods described above.

# EXHIBIT B

**Commodity Line 1**

**Origin:** D **Sch B:** 8708.80.0050 **Value:** ▮ **Pcs:** 151 **Weight:** 582 Kg

RAN RS19304 | SHOCK ABSORBERS | 6 kg | 1 pcs | ▮ US

CRO 52088256 | UPPER JOUNCE BUMPER | 2 kg | 4 pcs | ▮ US

CRO 52088352 | LOWER JOUNCE BUMPER | 2 kg | 4 pcs | ▮ US

R/E RE6025 | SUSPENSION LIFT KIT & BRACKETS | 159 kg | 2 pcs | ▮ US

EXP 929510 | ES9000 SHOCK ABSORBER | 10 kg | 3 pcs | ▮ US

CRO 52088437 | FRONT SWAY BAR LINK | 2 kg | 4 pcs | ▮ US

FOX 980-24-032-A | SHOCK ABSORBERS | 7 kg | 2 pcs | ▮ US

EXP 220230 | STEERING STABILIZER SHOCK | 15 kg | 4 pcs | ▮ US

EXP 219200 | STEERING STABILIZER KIT | 15 kg | 4 pcs | ▮ US

EXP 914014 | SHOCK ABSORBERS | 11 kg | 6 pcs | ▮ US

EXP 923500 | ES9000 SHOCK ABSORBER | 13 kg | 4 pcs | ▮ US

EXP 915510 | ES9000 SHOCK ABSORBER | 13 kg | 4 pcs | ▮ US

EXP 925509 | ES9000 SHOCK ABSORBER | 26 kg | 8 pcs | ▮ US

EXP 926506 | ES9000 SHOCK ABSORBER | 13 kg | 4 pcs | ▮ US

EXP 914515 | ES9000 SHOCK ABSORBER | 13 kg | 4 pcs | ▮ US

EXP 934000 | ES9000 SHOCK ABSORBER | 7 kg | 2 pcs | ▮ US

EXP 918510 | ES9000 SHOCK ABSORBER | 13 kg | 4 pcs | ▮ S

EXP 929506 | SHOCK ABSORBERS | 20 kg | 6 pcs | ▮ US

EXP 929500 | ES9000 SHOCK ABSORBER | 20 kg | 6 pcs | ▮ US

REDACTED

EXP 918514 | ES9000 SHOCK ABSORBER | 7 kg | 2 pcs | ███ | US

EXP 926514 | SHOCK ABSORBERS | 13 kg | 4 pcs | ███ | US

EXP 924509 | ES9000 SHOCK ABSORBER | 39 kg | 12 pcs | ███ | US

EXP 924515 | ES9000 SHOCK ABSORBER | 20 kg | 6 pcs | ███ | US

EXP 924514 | SHOCK ABSORBERS | 6 kg | 2 pcs | ███ | US

EXP 921500 | ES9000 SHOCK ABSORBER | 39 kg | 12 pcs | ███ | US

EXP 922500 | ES9000 SHOCK ABSORBER | 20 kg | 6 pcs | ███ | US

EXP 921515 | ES9000 SHOCK ABSORBER | 13 kg | 4 pcs | ███ | US

EXP 921514 | SHOCK ABSORBERS | 22 kg | 8 pcs | ███ | US

EXP 919510 | SHOCK ABSORBERS | 10 kg | 4 pcs | ███ | US

EXP 922514 | SHOCK ABSORBERS | 6 kg | 2 pcs | ███ | US

EXP MX6071 | SHOCK ABSORBERS | 17 kg | 6 pcs | ███ | US

EXP MX6049 | SHOCK ABSORBERS | 6 kg | 2 pcs | ███ | US

EXP 55597B | SWAY BAR END LINKS | 14 kg | 5 pcs | ███ | US

REDACTED

# SHIPPER'S LETTER OF INSTRUCTIONS

| 1a. U.S. PRINCIPAL PARTY IN INTEREST (USPPI) (Complete name and address) TRANSAMERICAN WHOLESALE #1 400 W ARTESIA BLVD COMPTON CA 90220 UNITED STATES | | |
|---|---|---|
| 1b. USPPI EIN (IRS) NO. or ID NO. 203650857 | 1c. PARTIES TO TRANSACTION [ ] Related [X] Non-Related | 2. DATE OF EXPORTATION 06-20-2010 |
| 3. TRANSPORTATION REFERENCE NO. LAX/BGK/C23438 | | |

| 4a. ULTIMATE CONSIGNEE (Complete name and address) ████████████████ | FREIGHT TERMS: [ ] PREPAID [X] COLLECT |
|---|---|
| 4b. INTERMEDIATE CONSIGNEE (Complete name and address) ████████████████ | OCEAN SERVICE TYPE [ ] FCL [ ] LCL |
| | FCL CONTAINER TYPE [ ] 20 Foot [ ] 40 Foot [ ] 40 Foot High Cube SPECIAL COMMENT: : |
| 5a. FORWARDING AGENT (Complete name and address) CONTERM 2665 E DEL AMO BLVD RANCHO DOMINGUEZ CA 90221 UNITED STATES | AES/ITN NUMBER X20100610066276 |

| 5b. FORWARDING AGENTS EIN (IRS) NO. 95-3277084 | 6. POINT OF ORIGIN OR FTZ NO. CA | 7. COUNTRY OF ULT. DEST. THAILAND |
|---|---|---|
| 8. LOADING PIER (vessel only) | 9. METHOD OF TRANSPORTATION Vessel, Containerized | 14. CARRIER IDENTIFICATION CODE CONT | 15. SHIPMENT REFERENCE NO. 1T4C118252954BF |
| 10. EXPORTING CARRIER NYK ARTEMIS V.51 | 11. PORT OF EXPORT LOS ANGELES,CA | 16. ENTRY NUMBER | 17. HAZARDOUS MATERIALS [ ] Yes [X] No |
| 12. PORT OF UNLOADING BANGKOK, THAILAND | 13. CONTAINERIZED (Vessel only) [X] Yes [ ] No | 18. IN BOND NUMBER | 19. ROUTED EXPORT TRANSACTION [X] Yes [ ] No |

### 20. SCHEDULE B DESCRIPTION OF COMMODITIES (Ue columns 22-24)

| D/F or M (21) | SCHEDULE B NUMBER (22) | QUANTITY SCHEDULE B UNIT (S) (23) | SHIPPING WEIGHT (Kilograms) (24) | VIN/PRODUCT NUMBER/ VEHICLE TITLE NUMBER (25) | VALUE (U.S. dollars, omit cents) (Selling price or cost if not sold) (26) |
|---|---|---|---|---|---|
| D | 8708.80.0050 | 1 | 6 | RAN RS19304 SHOCK ABSORBERS | |
| D | 7320.20.1000 | 1 | 5 | R/E RE1343 COIL SPRING | |
| D | 8708.92.5000 | 2 | 12 | M/F 12586 MUFFLER | |
| D | 8708.80.7000 | 4 | 1 | EXP 90-3801 BUSHINGS | |
| D | 7320.10.0000 | 6 | 18 | EXP 53111 LEAF SPRINGS | |
| D | 8483.40.4010 | 1 | 6 | G/2 2-2049-488 RING & PINION GEARS | |
| D | 8409.99.4000 | 2 | 1 | CRO 53007978 WATER PUMP TUBE | |
| D | 4017.00.0000 | 19 | 1 | ENE 9.8140R SHOCK BUSHING | |
| D | 4017.00.0000 | 3 | 1 | ENE 9.8116R SHOCK BUSHING, 5/8 INCH | |
| D | 4017.00.0000 | 8 | 1 | ENE 9.8107R SHOCK BUSHING, 5/8 INCH | |
| D | 8708.80.0050 | 4 | 1 | CRO 52088256 UPPER JOUNCE BUMPER | |

| 27. LICENSE NO./LICENSE EXCEPTION SYMBOL/AUTHORIZATION NLR | 28. ECCN (When required) |
|---|---|
| 29. Duly authorized officer or employee FAY FLORES | The exporter authorizes the forwarder named above to act as forwarding agent for export control and customs purposes. |
| 30. I certify that all statements made and all information contained herein are true and correct and that I have read and understand the instructions for preparation of this document, set forth in the "Correct Way to Fill Out the Shippers Export Declaration." I understand that civil and criminal penalties, including forfeiture and sale, may be imposed for making false or fraudulent statements herein, failing to provide the requested information or for violation of U.S. laws on exportation (13 U.S.C. Sec. 305;22 U.S.C. Sec. 401;18 U.S.C. Sec 1001;50 U.S.C. App. 2410). | |
| Signature *[signature]* | Confidential - Shippers Export Declarations (or any successor document) wherever located, shall be exempt from public disclosure unless the Secretary determines that such exemption would be contrary to the national interest (Title 13, Chapter 9, Section 301 (g)). |
| Title EXPORT DOCUMENTATION REPRESENT | |
| Date 06-10-2010 | Tel. # 310.900.5531 | Fax # 310.776.7458 | E-mail address fflores@transamericanwholesale |

This document prepared using MyExportDocs.com

Page 1/3

REDACTED

15

| D/F or M (21) | SCHEDULE B NUMBER (22) | QUANTITY SCHEDULE B UNIT (S) (23) | SHIPPING WEIGHT (Kilograms) (24) | VIN/PRODUCT NUMBER/ VEHICLE TITLE NUMBER (25) | VALUE (U.S. dollars, omit cents) (Selling price or cost if not sold) (26) |
|---|---|---|---|---|---|
| D | 8708.80.0050 | 4 | 1 | CRO 52088352 LOWER JOUNCE BUMPER | |
| D | 8708.80.7000 | 4 | 1 | CRO 52001145 BUSHINGS | |
| D | 8708.93.5000 | 1 | 2 | CRO 52107571 CLUTCH DISC | |
| D | 8409.99.4000 | 1 | 1 | CRO 33003446 TIMING CHAIN | |
| D | 8708.80.7000 | 1 | 2 | CRO 52058928 BUSHINGS | |
| D | 8708.80.7000 | 1 | 3 | CRO 52058929 BUSHINGS | |
| D | 8708.29.5170 | 3 | 1 | CRO 53006192 THERMOSTAT HOUSING | |
| D | 8708.80.0050 | 2 | 80 | R/E RE6025 SUSPENSION LIFT KIT & BRACKETS | |
| D | 8708.80.0050 | 3 | 4 | EXP 929510 ES9000 SHOCK ABSORBER | |
| F | 8708.70.0050 | 3 | 13 | M/T 468421 ALLOY WHEELS 16X8 5X4.5 CLASSIC LOCK | |
| D | 4011.20.1005 | 4 | 20 | NiT 200-800 LT. TRK TIRES- 275/60/20 TERRA GRAPPLER | |
| D | 8708.91.5000 | 3 | 3 | M/F 94006 MUFFLER | |
| D | 8708.91.5000 | 2 | 3 | M/F 94035 MUFFLER | |
| D | 8708.91.8000 | 12 | 3 | M/F 94036 MUFFLER | |
| D | 8708.29.5170 | 4 | 1 | CRO 4746316 IGNITION AND DOOR | |
| D | 8708.80.0050 | 4 | 1 | CRO 52088437 FRONT SWAY BAR LINK | |
| F | 8708.91.8000 | 1 | 2 | CRO 52079438AB THERMAL FAN CLUTCH | |
| D | 8708.70.0050 | 4 | 1 | CRO 5252614 CALIPER PISTON | |
| F | 8708.30.0050 | 2 | 1 | CRO 5011985AA BRAKE CALIPER PISTON SEAL | |
| D | 7320.20.1000 | 1 | 13 | EXP 55297 COIL SPRINGS | |
| D | 7320.20.1000 | 1 | 9 | EXP 55298 COIL SPRINGS | |
| D | 7320.10.0000 | 4 | 14 | EXP 31211L LEAF SPRING | |
| D | 7320.10.0000 | 4 | 14 | EXP 31212R LEAF SPRING | |
| D | 7320.20.1000 | 2 | 17 | EXP 55497 COIL SPRINGS | |
| D | 7320.20.1000 | 1 | 17 | EXP 55397 COIL SPRINGS | |
| D | 7320.10.0000 | 2 | 21 | R/E RE1462 LEAF SPRING | |
| D | 8708.50.7200 | 6 | 1 | D/S 708179 BOOT AND CLAMP KIT | |
| D | 8708.50.7200 | 12 | 1 | D/S 2-86-418 SEAL | |
| D | 7318.16.0000 | 70 | 1 | GOR 41187B LUG NUT | |
| D | 8483.40.4010 | 1 | 5 | G/2 2-2031-456 RING AND PINION | |
| D | 7320.20.1000 | 2 | 17 | SKY JC30F SKYJACKER COIL SPRINGS | |
| D | 7320.20.1000 | 1 | 9 | SKY GC20R COIL SPRING | |
| D | 8708.80.0050 | 2 | 4 | FOX 980-24-032-A SHOCK ABSORBERS | |
| D | 8708.80.7000 | 8 | 1 | EXP 15-11255 BUSHINGS | |
| D | 8708.80.7000 | 55 | 1 | EXP 12120 SHOCK BOOTS, LIGHT BLUE | |
| D | 8708.80.0050 | 4 | 4 | EXP 220230 STEERING STABILIZER SHOCK | |
| D | 8708.80.0050 | 4 | 4 | EXP 219200 STEERING STABILIZER KIT | |
| D | 8708.80.0050 | 6 | 2 | EXP 914014 SHOCK ABSORBERS | |

line 406

REDACTED

16

| D/F or M (21) | SCHEDULE B NUMBER (22) | QUANTITY SCHEDULE B UNIT (S) (23) | SHIPPING WEIGHT (Kilograms) (24) | VIN/PRODUCT NUMBER/ VEHICLE TITLE NUMBER (25) | VALUE (U.S. dollars, omit cents) (Selling price or cost if not sold) (26) |
|---|---|---|---|---|---|
| D | 8708.80.0050 | 4 | 4 | EXP 923500 ES9000 SHOCK ABSORBER | |
| D | 8708.80.0050 | 4 | 4 | EXP 915510 ES9000 SHOCK ABSORBER | |
| D | 8708.80.0050 | 8 | 4 | EXP 925509 ES9000 SHOCK ABSORBER | |
| D | 8708.80.0050 | 4 | 4 | EXP 926506 ES9000 SHOCK ABSORBER | |
| D | 8708.80.0050 | 4 | 4 | EXP 914515 ES9000 SHOCK ABSORBER | |
| D | 8708.80.0050 | 2 | 4 | EXP 934000 ES9000 SHOCK ABSORBER | |
| D | 8708.80.0050 | 4 | 4 | EXP 918510 ES9000 SHOCK ABSORBER | |
| D | 8708.80.0050 | 6 | 4 | EXP 929506 SHOCK ABSORBERS | |
| D | 8708.80.0050 | 6 | 4 | EXP 929500 ES9000 SHOCK ABSORBER | |
| D | 8708.80.0050 | 2 | 4 | EXP 918514 ES9000 SHOCK ABSORBER | |
| D | 8708.80.0050 | 4 | 4 | EXP 926514 SHOCK ABSORBERS | |
| D | 8708.80.0050 | 12 | 4 | EXP 924509 ES9000 SHOCK ABSORBER | |
| D | 8708.80.0050 | 6 | 4 | EXP 924515 ES9000 SHOCK ABSORBER | |
| D | 8708.80.0050 | 2 | 3 | EXP 924514 SHOCK ABSORBERS | |
| D | 8708.80.0050 | 12 | 4 | EXP 921500 ES9000 SHOCK ABSORBER | |
| D | 8708.80.0050 | 6 | 4 | EXP 922500 ES9000 SHOCK ABSORBER | |
| D | 8708.80.0050 | 4 | 4 | EXP 921515 ES9000 SHOCK ABSORBER | |
| D | 8708.80.0050 | 8 | 3 | EXP 921514 SHOCK ABSORBERS | |
| D | 8708.80.0050 | 4 | 3 | EXP 919510 SHOCK ABSORBERS | |
| D | 8708.80.0050 | 2 | 3 | EXP 922514 SHOCK ABSORBERS | |
| D | 8708.80.0050 | 6 | 3 | EXP MX6071 SHOCK ABSORBERS | |
| D | 8708.80.0050 | 2 | 3 | EXP MX6049 SHOCK ABSORBERS | |
| D | 8708.80.0050 | 5 | 3 | EXP 55597B SWAY BAR END LINKS | |
| D | 8409.99.4000 | 1 | 2 | P/D 4.0KIT IGINITION | |
| D | 8421.31.0000 | 4 | 1 | K/N 33-2122 AIR FILTERS | |

REDACTED

17

# COMMERCIAL INVOICE

| | |
|---|---|
| **Date:** 06-10-2010<br>**Export Reference:** LAX/BGK/C23438<br>**Invoice Number:** 5-031144-25<br>**Purchase Order No.:** EMAIL3/9/2<br>**Terms of Sale (Incoterm):** FOB, RANCHO DOMINGUEZ, CALIFORNIA<br>**Payment Terms:** Net 10<br>**Origination State:** CA<br>**Customer Account No.:** 115003<br>**Country of Destination:** THAILAND | **SHIPPER/EXPORTER**<br>**Tax ID/VAT No.:** 203650857<br>**Contact Name:** TONY BECKER<br>**Telephone No.:** 3109005567<br>**E-Mail:** tbecker@transamericanwholesale.com<br>**Company Name/Address:**<br>TRANSAMERICAN WHOLESALE #1<br>400 W ARTESIA BLVD<br><br>COMPTON, CA 90220<br>**Country:** UNITED STATES |
| **NOTIFY: BILL TO**<br>OW<br><br><br><br>**Country:** THAILAND | **CONSIGNEE**<br><br><br><br>PRAVET, BANGKOK 10250<br>**Country:** THAILAND |

| Quantity | Units | Item Number, Product Description, Harmonized Number | Country of Origin | Unit Price | Total |
|---|---|---|---|---|---|
| 1 | Each | RAN RS19304 - SHOCK ABSORBERS  - 8708.80.0050 | US | | |
| 1 | Each | R/E RE1343 - COIL SPRING  - 7320.20.1000 | US | | |
| 2 | Each | M/F 12586 - MUFFLER - 8708.92.5000 | US | | |
| 4 | Each | EXP 90-3801 - BUSHINGS  - 8708.80.7000 | US | | |
| 6 | Each | EXP 53111 - LEAF SPRINGS  - 7320.10.0000 | US | | |
| 1 | Each | G/2 2-2049-488 - RING & PINION GEARS - 8483.40.4010 | US | | |
| 2 | Each | CRO 53007978 - WATER PUMP TUBE - 8409.99.4000 | US | | |
| 19 | Each | ENE 9.8140R - SHOCK BUSHING - 4017.00.0000 | US | | |
| 3 | Each | ENE 9.8116R - SHOCK BUSHING, 5/8 INCH - 4017.00.0000 | US | | |
| 8 | Each | ENE 9.8107R - SHOCK BUSHING, 5/8 INCH - 4017.00.0000 | US | | |
| 4 | Each | CRO 52088256 - UPPER JOUNCE BUMPER - 8708.80.0050 | US | | |
| 4 | Each | CRO 52088352 - LOWER JOUNCE BUMPER - 8708.80.0050 | US | | |
| 4 | Each | CRO 52001145 - BUSHINGS  - 8708.80.7000 | US | | |
| 1 | Each | CRO 52107571 - CLUTCH DISC  - 8708.93.5000 | US | | |
| 1 | Each | CRO 33003446 - TIMING CHAIN - 8409.99.4000 | US | | |
| 1 | Each | CRO 52058928 - BUSHINGS  - 8708.80.7000 | US | | |
| 1 | Each | CRO 52058929 - BUSHINGS  - 8708.80.7000 | US | | |
| 3 | Each | CRO 53006192 - THERMOSTAT HOUSING  - 8708.29.5170 | US | | |
| 2 | Each | R/E RE6025 - SUSPENSION LIFT KIT & BRACKETS - 8708.80.0050 | US | | |
| 3 | Each | EXP 929510 - ES9000 SHOCK ABSORBER - 8708.80.0050 | US | | |

PACKAGE MARKS:

Merchandise Total
Inland Freight Fees
Handling Fees
Consular Fees
Ocean/Air Fees
Insurance Fee
Other Fees
**INVOICE TOTAL (USD)**

REDACTED

18

| | |
|---|---|
| **Date:** 06-10-2010<br>**Export Reference:** LAX/BGK/C23438<br>**Invoice Number:** 5-031144-25<br>**Purchase Order No.:** EMAIL3/9/2<br>**Terms of Sale (Incoterm):** FOB, RANCHO DOMINGUEZ, CALIFORNIA<br>**Payment Terms:** Net 10<br>**Origination State:** CA<br>**Customer Account No.:** 115003<br>**Country of Destination:** THAILAND | **SHIPPER/EXPORTER**<br>**Tax ID/VAT No.:** 203650857<br>**Contact Name:** TONY BECKER<br>**E-Mail:** tbecker@transamericanwholesale.com<br>**Telephone No.:** 3109005567<br>**Company Name/Address:**<br>TRANSAMERICAN WHOLESALE #1<br>400 W ARTESIA BLVD<br><br>COMPTON, CA 90220<br>**Country:** UNITED STATES |
| **NOTIFY: BILL TO**<br>**Tax ID/VAT No.:**<br><br><br><br><br><br>**Country:** THAILAND | **CONSIGNEE**<br>**Tax ID/VAT No.:**<br><br><br><br><br><br>**Country:** THAILAND |

| Quantity | Units | Item Number, Product Description, Harmonized Number | Country of Origin | Unit Price | Total |
|---|---|---|---|---|---|
| 3 | Each | M/T 468421 - ALLOY WHEELS 16X8 5X4.5 CLASSIC LOCK - 8708.70.0050 | CN | | |
| 4 | Each | NIT 200-800 - LT. TRK TIRES- 275/60/20 TERRA GRAPPLER - 4011.20.1005 | US | | |
| 3 | Each | M/F 94006 - MUFFLER - 8708.91.5000 | US | | |
| 2 | Each | M/F 94035 - MUFFLER - 8708.91.5000 | US | | |
| 12 | Each | M/F 94036 - MUFFLER - 8708.91.8000 | US | | |
| 4 | Each | CRO 4746316 - IGNITION AND DOOR - 8708.29.5170 | US | | |
| 4 | Each | CRO 52088437 - FRONT SWAY BAR LINK - 8708.80.0050 | US | | |
| 1 | Each | CRO 52079438AB - THERMAL FAN CLUTCH - 8708.91.8000 | CN | | |
| 4 | Each | CRO 5252614 - CALIPER PISTON - 8708.70.0050 | US | | |
| 2 | Each | CRO 5011985AA - BRAKE CALIPER PISTON SEAL - 8708.30.0050 | CN | | |
| 1 | Each | EXP 55297 - COIL SPRINGS - 7320.20.1000 | US | | |
| 1 | Each | EXP 55298 - COIL SPRINGS - 7320.20.1000 | US | | |
| 4 | Each | EXP 31211L - LEAF SPRING - 7320.10.0000 | US | | |
| 4 | Each | EXP 31212R - LEAF SPRING - 7320.10.0000 | US | | |
| 2 | Each | EXP 55497 - COIL SPRINGS - 7320.20.1000 | US | | |
| 1 | Each | EXP 55397 - COIL SPRINGS - 7320.20.1000 | US | | |
| 2 | Each | R/E RE1462 - LEAF SPRING - 7320.10.0000 | US | | |
| 6 | Each | D/S 708179 - BOOT AND CLAMP KIT - 8708.50.7200 | US | | |
| 12 | Each | D/S 2-86-418 - SEAL - 8708.50.7200 | US | | |
| 70 | Each | GOR 41187B - LUG NUT - 7318.16.0000 | US | | |

PACKAGE MARKS:

Merchandise Total
Inland Freight Fees
Handling Fees
Consular Fees
Ocean/Air Fees
Insurance Fee
Other Fees
**INVOICE TOTAL (USD)**

REDACTED

| | | | | | |
|---|---|---|---|---|---|
| **Date:** 06-10-2010 | | | **SHIPPER/EXPORTER** | | |
| **Export Reference:** LAX/BGK/C23438 | | | **Tax ID/VAT No.:** 203650857 | | |
| **Invoice Number:** 5-031144-25 | | | **Contact Name:** TONY BECKER | | |
| **Purchase Order No.:** EMAIL3/9/2 | | | **Telephone No.:** 3109005567 | | |
| **Terms of Sale (Incoterm):** FOB, RANCHO DOMINGUEZ, CALIFORNIA | | | **E-Mail:** tbecker@transamericanwholesale.com | | |
| **Payment Terms:** Net 10 | | | **Company Name/Address:** | | |
| **Origination State:** CA | | | TRANSAMERICAN WHOLESALE #1 | | |
| **Customer Account No.:** 115003 | | | 400 W ARTESIA BLVD | | |
| **Country of Destination:** THAILAND | | | | | |
| | | | COMPTON, CA 90220 | | |
| | | | **Country:** UNITED STATES | | |

| | |
|---|---|
| **NOTIFY: BILL TO**<br>**Tax ID/VAT No.:** | **CONSIGNEE**<br>**Tax ID/VAT No.:** |
| ███████████ | ███████████ |
| PRAVET, BANGKOK 10250<br>**Country:** THAILAND | PRAVET, BANGKOK 10250<br>**Country:** THAILAND |

| Quantity | Units | Item Number, Product Description, Harmonized Number | Country of Origin | Unit Price | Total |
|---|---|---|---|---|---|
| 1 | Each | G/2 2-2031-456 - RING AND PINION - 8483.40.4010 | US | | |
| 2 | Each | SKY JC30F - SKYJACKER COIL SPRINGS - 7320.20.1000 | US | | |
| 1 | Each | SKY GC20R - COIL SPRING - 7320.20.1000 | AU | | |
| 2 | Each | FOX 980-24-032-A - SHOCK ABSORBERS - 8708.80.0050 | US | | |
| 8 | Each | EXP 15-11255 - BUSHINGS - 8708.80.7000 | US | | |
| 55 | Each | EXP 12120 - SHOCK BOOTS, LIGHT BLUE - 8708.80.7000 | US | | |
| 4 | Each | EXP 220230 - STEERING STABILIZER SHOCK - 8708.80.0050 | US | | |
| 4 | Each | EXP 219200 - STEERING STABILIZER KIT - 8708.80.0050 | US | | |
| 6 | Each | EXP 914014 - SHOCK ABSORBERS - 8708.80.0050 | US | | |
| 4 | Each | EXP 923500 - ES9000 SHOCK ABSORBER - 8708.80.0050 | US | | |
| 4 | Each | EXP 915510 - ES9000 SHOCK ABSORBER - 8708.80.0050 | US | | |
| 8 | Each | EXP 925509 - ES9000 SHOCK ABSORBER - 8708.80.0050 | US | | |
| 4 | Each | EXP 926506 - ES9000 SHOCK ABSORBER - 8708.80.0050 | US | | |
| 4 | Each | EXP 914515 - ES9000 SHOCK ABSORBER - 8708.80.0050 | US | | |
| 2 | Each | EXP 934000 - ES9000 SHOCK ABSORBER - 8708.80.0050 | US | | |
| 4 | Each | EXP 918510 - ES9000 SHOCK ABSORBER - 8708.80.0050 | US | | |
| 6 | Each | EXP 929506 - SHOCK ABSORBERS - 8708.80.0050 | US | | |
| 6 | Each | EXP 929500 - ES9000 SHOCK ABSORBER - 8708.80.0050 | US | | |
| 2 | Each | EXP 918514 - ES9000 SHOCK ABSORBER - 8708.80.0050 | US | | |
| 4 | Each | EXP 926514 - SHOCK ABSORBERS - 8708.80.0050 | US | | |

PACKAGE MARKS:

Merchandise Total
Inland Freight Fees
Handling Fees
Consular Fees
Ocean/Air Fees
Insurance Fee
Other Fees
**INVOICE TOTAL (USD)**

REDACTED

20

| | | | | | |
|---|---|---|---|---|---|
| **Date:** 06-10-2010 | | | **SHIPPER/EXPORTER** | | |
| **Export Reference:** LAX/BGK/C23438 | | | **Tax ID/VAT No.:** 203650857 | | |
| **Invoice Number:** 5-031144-25 | | | **Contact Name:** TONY BECKER | | |
| **Purchase Order No.:** EMAIL3/9/2 | | | **Telephone No.:** 3109005567 | | |
| **Terms of Sale (Incoterm):** FOB, RANCHO DOMINGUEZ, CALIFORNIA | | | **E-Mail:** tbecker@transamericanwholesale.com | | |
| **Payment Terms:** Net 10 | | | **Company Name/Address:** | | |
| **Origination State:** CA | | | TRANSAMERICAN WHOLESALE #1 | | |
| **Customer Account No.:** 115003 | | | 400 W ARTESIA BLVD | | |
| **Country of Destination:** THAILAND | | | | | |
| | | | COMPTON, CA 90220 | | |
| | | | **Country:** UNITED STATES | | |

| | | | | | |
|---|---|---|---|---|---|
| **NOTIFY: BILL TO** | | | **CONSIGNEE** | | |
| **Tax ID/VAT No.:** | | | **Tax ID/VAT No.:** | | |
| **Contact Name:** MAYUREE KONGKEOW | | | **Contact Name:** MAYUREE KONGKEOW | | |
| **Telephone No.:** 6627221387 | | | **Telephone No.:** 6627221387 | | |
| **E-Mail:** MAYUREEK@HOTMAIL.COM | | | **E-Mail:** MAYUREEK@HOTMAIL.COM | | |
| **Company Name/Address:** | | | **Company Name/Address:** | | |
| POWERTRAIN CO LTD | | | POWERTRAIN CO LTD | | |
| 310/153 PATTANAKARN 57 | | | 310/153 PATTANAKARN 57 | | |
| | | | | | |
| PRAVET, BANGKOK 10250 | | | PRAVET, BANGKOK 10250 | | |
| **Country:** THAILAND | | | **Country:** THAILAND | | |

| Quantity | Units | Item Number, Product Description, Harmonized Number | Country of Origin | Unit Price | Total |
|---|---|---|---|---|---|
| 12 | Each | EXP 924509 - ES9000 SHOCK ABSORBER - 8708.80.0050 | US | | |
| 6 | Each | EXP 924515 - ES9000 SHOCK ABSORBER - 8708.80.0050 | US | | |
| 2 | Each | EXP 924514 - SHOCK ABSORBERS - 8708.80.0050 | US | | |
| 12 | Each | EXP 921500 - ES9000 SHOCK ABSORBER - 8708.80.0050 | US | | |
| 6 | Each | EXP 922500 - ES9000 SHOCK ABSORBER - 8708.80.0050 | US | | |
| 4 | Each | EXP 921515 - ES9000 SHOCK ABSORBER - 8708.80.0050 | US | | |
| 8 | Each | EXP 921514 - SHOCK ABSORBERS - 8708.80.0050 | US | | |
| 4 | Each | EXP 919510 - SHOCK ABSORBERS - 8708.80.0050 | US | | |
| 2 | Each | EXP 922514 - SHOCK ABSORBERS - 8708.80.0050 | US | | |
| 6 | Each | EXP MX6071 - SHOCK ABSORBERS - 8708.80.0050 | US | | |
| 2 | Each | EXP MX6049 - SHOCK ABSORBERS - 8708.80.0050 | US | | |
| 5 | Each | EXP 55597B - SWAY BAR END LINKS - 8708.80.0050 | US | | |
| 1 | Each | P/D 4.0KIT - IGINITION - 8409.99.4000 | US | | |
| 4 | Each | K/N 33-2122 - AIR FILTERS - 8421.31.0000 | US | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

PACKAGE MARKS:

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Authorized Signature:

| | |
|---|---|
| Merchandise Total | |
| Inland Freight Fees | |
| Handling Fees | |
| Consular Fees | |
| Ocean/Air Fees | |
| Insurance Fee | |
| Other Fees | |
| **INVOICE TOTAL (USD)** | |

REDACTED

# PACKING LIST

| | |
|---|---|
| **Date:** 06-10-2010<br>**Order Number:** LAX/BGK/C23438<br>**Invoice Number:** 5-031144-25<br>**Purchase Order No.:** EMAIL3/9/2<br>**Terms of Sale (Incoterm):** FOB, RANCHO DOMINGUEZ, CALIFORNIA<br>**Payment Terms:** Net 10<br>**Origination State:** CA<br>**Customer Account No.:** 115003<br>**Country of Destination:** THAILAND | **SHIPPER/EXPORTER**<br>**Tax ID/VAT No.:** 203650857<br>**Contact Name:** TONY BECKER<br>**Telephone No.:** 3109005567<br>**E-Mail:** tbecker@transamericanwholesale.com<br>**Company Name/Address:**<br>TRANSAMERICAN WHOLESALE #1<br>400 W ARTESIA BLVD<br><br>COMPTON, CA 90220<br>**Country:** UNITED STATES |
| **NOTIFY: BILL TO**<br>**Tax ID/VAT No.:**<br><br>[REDACTED]<br><br>PRAVET, BANGKOK 10250<br>**Country:** THAILAND | **CONSIGNEE/SHIP TO**<br>**Tax ID/VAT No.:**<br><br>[REDACTED]<br><br>PRAVET, BANGKOK 10250<br>**Country:** THAILAND |

\* LEGAL WEIGHT IS WEIGHT OF ARTICLE PLUS PAPER, BOX, BOTTLE, ETC., CONTAINING THE ARTICLE AS USUALLY CARRIED IN STOCK.

| PACKAGE NUMBER | WEIGHTS (LBS) GROSS WEIGHT EACH | *LEGAL WEIGHT EACH | NET WEIGHT EACH | DIMENSIONS (INCH) LENGTH | WIDTH | HEIGHT | QUANTITY | CLEARLY STATE CONTENTS OF EACH PACKGE |
|---|---|---|---|---|---|---|---|---|
| 1 | 940 | 920 | 920 | 48 | 40 | 44 | 1 | SKID |
| 2 | 1,325 | 1,305 | 1,305 | 50 | 40 | 45 | 1 | SKID |
| 3 | 47 | 47 | 47 | 33 | 12 | 33 | 4 | LIGHT TRUCK TIRES (LOOSE) |

Total Packages: 6 - Total Gross Weight: 2453 lb / 1,113 kg - Total Cube: 131.2 cu ft / 3.7 cu m

REDACTED

ITN Number:  
Status: ACCEPTED  
Shipment ID: 1T4C118252954BF  
Exporter EIN:  203650857

Note: if you need to print a hard copy of the shipment data, you will need to login to
AESDirect to retrieve your shipment and then print your hard copy

23