UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-4903-DMG(JCx) | Date | July 12, 2010 |
|---|---|---|---|
| Title | TAP WORLDWIDE V. ERNEST ANTHONY BECKER, ET AL., | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Rachel D. Stanger | Ernest Anthony Becker, In Pro Per |

**Proceedings:** HEARING ON ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ENTERED.

The case is called and counsel state their appearance.  The Court invites counsel to respond to the tentative ruling granting in part and denying in part the preliminary injunction.  The Court takes this matter under submission and a written order will follow.

__ : 16

CV-90 (2/10)           **CIVIL MINUTES - GENERAL**   Initials of Deputy Clerk YS