RACHEL D. STANGER (BAR NO. 200733)
BRANDON C. FERNALD (BAR NO. 222429)
**FERNALD LAW GROUP L.L.P.**
6609 Willoughby Avenue
Los Angeles, California  90038
Telephone:       (323) 410-0300
Facsimile:        (323) 410-0330
E-Mail:    rachel.stanger@fernaldlawgroup.com
              brandon.fernald@fernaldlawgroup.com

Attorneys for Plaintiff and Counter-Defendant TAP
Worldwide, LLC

JOHN F. NICHOLSON (BAR NO. 204585)
**LAW OFFICES OF JOHN F. NICHOLSON**
21243 Ventura Blvd., Suite 226
Woodland Hills, California  91364
Telephone:  (818) 348-3806

Attorney for Defendant and Counter-Plaintiff Ernest
Anthony Becker

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TAP WORLDWIDE, LLC, a Delaware limited liability company,<br><br>                 Plaintiff,<br><br>       v.<br><br>ERNEST ANTHONY BECKER aka TONY BECKER, an individual, and DOES 1-25, inclusive,<br><br>                 Defendants. | Case No.  CV 10-4903-DMG(JCx)<br><br>**ORDER [JS6]** |

DOCUMENT PREPARED
ON RECYCLED PAPER

Based on the stipulation of the parties [Doc. # 37] and for good cause shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.      That all claims by Plaintiff and Counter-Defendant TAP Worldwide, LLC ("TAP") herein against Defendant and Counter-Plaintiff Ernest Anthony Becker ("Becker") shall be dismissed with prejudice;

2.      That all counterclaims by Becker herein against TAP shall be dismissed with prejudice; and

3.      That each party shall bear their own respective costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED:  September 30, 2010

Dolly M. Gee
United States District Judge

- 1 -

DOCUMENT PREPARED
ON RECYCLED PAPER